# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **THE HEALTH CARE AUTHORITY OF THE CITY OF HUNTSVILLE,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**NORTH ALABAMA HOSPITALISTS LLC,**<br><br>    **Defendant.** | Civil Action Number<br>**5:16-cv-00389-AKK** |

## ORDER OF DISMISSAL

The court having been informed that the parties have reached an agreement to resolve this case, *see* doc. 8, it is therefore **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**. Each party to bear its own costs and fees.

**DONE** the 29th day of April, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE